```
                     UNITED STATES DISTRICT COURT
                    CENTRAL DISTRICT OF CALIFORNIA
                           SOUTHERN DIVISION


                        CIVIL MINUTES - GENERAL

Case No.:  SA CV 08-915 AHS (MLGx)          Date: August 7, 2009

Title:     David Buchholz v. Photoworlds, Inc., etc., et al.
==================================================================
PRESENT:   HON. ALICEMARIE H. STOTLER, U.S. DISTRICT JUDGE

           Ellen Matheson                   Not Present
           Deputy Clerk                     Court Reporter

ATTORNEYS PRESENT:  None

PROCEEDINGS:     (IN CHAMBERS) ORDER: (1) TO PARTIES TO SHOW CAUSE
                 WHY SANCTIONS SHOULD NOT BE IMPOSED, AND (2)
                 REQUIRING NOTICE OF SETTLEMENT PROCEDURE TO BE
                 FILED NO LATER THAN SEPTEMBER 4, 2009
```

     On December 9, 2008, the Court issued scheduling orders and instructed counsel to select and sign a Notice of Settlement Procedure no later than fourteen (14) days after entry of the scheduling order, pursuant to Local Rule 16-15.2.  The parties have not submitted a Notice of Settlement Procedure as required by the Court's order.

     Accordingly, the parties are ordered to file a Notice of Settlement Procedure no later than September 4, 2009.  The parties are ordered to show cause in writing, no later than fourteen (14) days from the date of this Order, why sanctions pursuant to Local Rule 83-7 payable to the U.S. District Court Clerk should not be assessed and/or why this action should not be dismissed for lack of prosecution and/or why the answer should not be stricken and default entered.

     The Clerk shall serve this minute order on all parties in this action.

```
MINUTES FORM 11                        INITIALS OF DEPUTY CLERK enm
CIVIL - GEN    KB            D - M
O:\ECF Ready\SACV08-915, Buchholz v. Photoworlds - Not Proc Sel.wpd
```